UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOEL ALATORRE,  1:05-cv-00642-REC-SMS-P

     Plaintiff,  **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 7) **AND DISMISSING CERTAIN CLAIMS**

vs.

DERRAL ADAMS, et al.,

     Defendants.
_____/

    Plaintiff Joel Alatorre ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 31, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that an objections to the Findings and Recommendations, if any, was to be filed within thirty days. To date, plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. §

1

636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 31, 2006, is ADOPTED IN FULL;

2. This action shall proceed on plaintiff's complaint, filed May 17, 2005, against Defendants Adams, Rivera, Barba, Astorga, Rodriguez, Jimenez, Cavillo, Doe I, and Doe II for use of excessive physical force, in violation of the Eighth Amendment; and,

3. Plaintiff's Fourth Amendment claim, Eighth Amendment medical care claim, due process claim(s), equal protection claim, denial of access to the courts claim, conspiracy claim, section 1985 claim, and state law tort claims are DISMISSED from this action for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

Dated:  **May 10, 2006**              /s/ Robert E. Coyle
668554                                UNITED STATES DISTRICT JUDGE