IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEL ALATORRE, | ) | 1:05-cv-00642-AWI-SMS-P |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS, AND** |
| vs. | ) | **DISMISSING ACTION, WITHOUT** |
| | ) | **PREJUDICE, FOR FAILURE TO** |
| DERRAL ADAMS, et al., | ) | **EFFECT SERVICE WITHIN ONE-** |
| | ) | **HUNDRED TWENTY DAYS** |
| Defendants. | ) | |
| | ) | (Doc. 14) |

Plaintiff Joel Alatorre ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 22, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days. To date, the plaintiff has not filed any objection to the Magistrate Judge's Findings and Recommendations.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 22, 2006, is ADOPTED IN FULL; and,

2. Pursuant to Federal Rule of Civil Procedure 4(m), this action is DISMISSED, without prejudice, based on plaintiff's failure to effect service within one-hundred twenty days.

IT IS SO ORDERED.

**Dated:   November 19, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE

2